## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### FOURTH DISTRICT

**L.L.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **GUARDIAN AD LITEM,**
Appellees.

No. 4D22-2832

[March 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Yael Gamm, Judge; L.T. Case No. 20-1340DP.

Antony P. Ryan, Regional Counsel, and Richard G. Bartmon, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Carolyn Schwarz of Children's Legal Services, Fort Lauderdale, for appellee Department of Children and Families.

Jonathan W. Taylor of Statewide Guardian ad Litem Office Defending Best Interest Project, Moffa, Sutton & Donnini, P.A., Fort Lauderdale, and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Statewide Guardian ad Litem Office, Tallahassee, for appellee Guardian ad Litem on behalf of M.L.-M., and A.M.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***